**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:15-CR-00109-ALM-AGD** |
| | § | |
| **PEGGY ANN MCBRIDE (1)** | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 282 (sealed).

## PROCEDURAL HISTORY

On April 18, 2026, defendant Peggy McBride was sentenced to 110 months of imprisonment followed by five years of supervised release. Dkt. 159. McBride's term of supervised release commenced on May 6, 2022. Dkt. 282 at 1 (sealed).

In October 2023, a probation officer petitioned the court for a warrant, alleging that McBride had violated five conditions of her supervised release. *Id.* at 1–2. Specifically, the petition alleged that McBride had violated conditions that required her to: (1) not commit another federal, state, or local crime; (2) refrain from any unlawful possession of a controlled substance; (3) not associate with any person engaged in criminal activity or convicted of a felony; and (4) refrain from any unlawful use of a controlled substance; and (5) refrain from excessive use of alcohol and from possession or use of any controlled substance except as prescribed by a physician. *Id.*

In support of those allegations, the petition asserted that McBride had committed conspiracy to possess with intent to distribute methamphetamine; possessed hydrocodone; submitted a urine specimen that tested positive for the use of a controlled substance; and associated with criminally involved persons. *Id.*

A final revocation hearing was held before me on March 23, 2026. Minute entry for March 23, 2026. McBride pleaded true to allegations one and two in the petition; the government withdrew

the rest. *Id.* She also consented to revocation of her supervised release and waived her right to object to my proposed findings and recommendations. *Id.*; Dkt. 296. A second hearing was held before me on April 13, 2026, at which the government requested a sentence of 24 months of imprisonment, which is within the federal sentencing policy statements; the defendant agreed. Minute entry for April 13, 2026. After hearing from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, the court recommends that: (1) allegations three, four, and five in the petition for revocation of McBride's supervised release, Dkt. 282, be dismissed; (2) McBride's supervised release be revoked based on allegations one and two in that petition, *id.*; (3) McBride be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months for each violation, to run concurrently; and (4) the term of imprisonment run consecutively to any term of imprisonment imposed in case no. 4:23-CR-00211-SDJ-BD-1.

So ORDERED and SIGNED this 18th day of November, 2026.

Don Bush
United States Magistrate Judge