# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:15-CR-00109-ALM-AGD |
| | § | |
| PEGGY ANN MCBRIDE (1) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #297) that allegations three, four, and five of the petition for a warrant be dismissed; that, based on allegations one and two of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months for each violation, to run concurrently; and that the term of imprisonment run consecutively to any term of imprisonment imposed in case no. 4:23-CR-00211-SDJ-BD-1.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of her right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #296), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, allegations three, four, and five are hereby dismissed; Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months for each violation, to run concurrently; and the term of imprisonment

shall run consecutively to any term of imprisonment imposed in case no. 4:23-CR-00211-SDJ-BD-1.

IT IS SO ORDERED.

**SIGNED this 18th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE